[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 13, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-11065
Non-Argument Calendar

_____

D. C. Docket No. 03-21764-CV-JEM

EUGENE CAVICCHI,

Plaintiff-Appellant,

versus

HOMELAND SECURITY SECRETARY,
Michael Chertoff, and the United States Department
of Homeland Security by and through the
Bureau of Customs and Border Protection,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 13, 2006)

**ON REMAND FROM THE UNITED
STATES SUPREME COURT**

Before TJOFLAT, ANDERSON and DUBINA, Circuit Judges.

PER CURIAM:

The Supreme Court vacated the judgment of this court in this case and remanded the case to this court for further consideration in light of <u>Burlington Northern & Santa Fe Rilway Co. v. White</u>, 548 U.S. __(2006). Upon reconsideration, we vacate the judgment of the district court pertaining to Cavicchi's August 2002 Internal Affairs interview and remand to the district court for reconsideration in the light of <u>Burlington</u>.

**AFFIRMED in PART, VACATED in PART, and REMANDED.**[1]

---

[1]  Appellant's motion to transfer this case to the panel that decided <u>Cavicchi I</u> is denied.